**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**NICHOLAS CORTEZ ADDISON**                                                      **PLAINTIFF**

**v.**                                          **Case No. 3:15-cv-00310 KGB/JJV**

**JOEY MARTIN, Jail Administrator,
Poinsett County Detention Center**                                       **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

Dated this 19th day of January, 2016.

_Kristine G. Baker_____
Kristine G. Baker
United States District Judge