IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**NICHOLAS CORTEZ ADDISON**                                                                 **PLAINTIFF**

v.                            Case No. 3:15-cv-00310 KGB/JJV

**JOEY MARTIN, Jail Administrator,**
Poinsett County Detention Center                                                             **DEFENDANT**

## ORDER

On September 25, 2015, United States Magistrate Judge Joe Volpe concluded that plaintiff Nicholas Cortez Addison was a "three-striker" within the meaning of 28 U.S.C. § 1915(g) (Dkt. No. 3). In his Order, Judge Volpe directed Mr. Addison to submit the full filing fee within 14 days from entry of the Order and warned that Mr. Addison's failure to do so would result in the dismissal of this action. More than 14 days have passed since Judge Volpe's Order was entered, and Mr. Addison has not submitted the fee.

It is therefore ordered that:

1.   Mr. Addison's complaint is dismissed without prejudice (Dkt. No. 2).

2.   The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying judgment would not be taken in good faith.

3.   The Clerk of Court is directed to mail this Order, the accompanying judgment, and Judge Volpe's prior Order (Dkt. No. 3) to Mr. Addison at the address he provided most recently (Dkt. No. 9).

Dated this 17th day of March, 2016.

Kristine G. Baker
United States District Judge