# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**NICHOLAS CORTEZ ADDISON**                                                        **PLAINTIFF**

**v.**         **Case No. 3:15-cv-00310 KGB/JJV**

**JOEY MARTIN, Jail Administrator,**
**Poinsett County Detention Center**                                               **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

Dated this 17th day of March, 2016.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge